

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     AC Interests L.P., formerly American Coatings, L.P. v. Texas
                         Commission on Environmental Quality

Appellate case number:   01-15-00378-CV

Trial court case number: D-1-GN-14-005160

Trial court:             345th District Court of Travis County

     It is ORDERED that the motion for rehearing is denied.


Judge's signature: /s/ Laura C, Higley
                   Acting for the Panel

Panel consists of Justices Higley, Huddle, and Lloyd


Date:  March 15, 2016